IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

LEAH D. SNIDER, )
)
)
Plaintiff, )
)
v. ) Case No.
)
ANSCHUTZ ENTERTAINMENT GROUP, )
INC. )
)
Defendant/Petitioner. )

## DEMAND FOR JURY TRIAL

COMES NOW the defendant, Anschutz Entertainment Group, Inc., and hereby demands a trial by jury on all issues in the above-captioned and numbered matter.

HASTY & ASSOCIATES, LLC

_/s/ Paul Hasty, Jr._
Paul Hasty, Jr.   MO # 34470
7101 College Blvd., Suite 350
Overland Park, Kansas 66210
Telephone: (913) 317-8068
Facsimile: (913) 317-8058
Email: phasty@hastyassoc.com

**ATTORNEYS FOR DEFENDANT/PETITIONER**