IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LEAH D. SNIDER, ) | |
| ) | |
| Plaintiff, ) | Case No. 11-CV-1011 |
| ) | |
| v. ) | |
| ) | |
| ANSCHUTZ ENTERTAINMENT ) | |
| GROUP, INC., and AEG KANSAS CITY ) | |
| ARENA, LLC, ) | |
| ) | |
| Defendants. ) | |

## ANSWER

COME NOW the defendants, and for their Answer to plaintiff's Second Amended Complaint, allege and state:

1. That all allegations of fact and conclusions of law in plaintiff's Second Amended Complaint are denied except those admitted herein.

2. That plaintiff's Second Amended Complaint fails to state a claim against the defendants, or either of them, for which relief can be granted.

3. That the defendants admit that plaintiff is a citizen of Missouri and that Anschutz Entertainment Group, Inc. and AEG Kansas City Arena, LLC are citizens of Colorado; Further, defendants admit that AEG Kansas City Arena, LLC held an arena contract with regard to the Sprint Center, which defendants believe is and was owned by the City of Kansas City Missouri.

4. Plaintiff's Dram Shop claims fail to state a claim for which relief can be granted and the claims are denied, but if any of them are true as set forth by plaintiff, furnishing alcoholic beverages was not the proximate cause of any injury alleged by plaintiff; Further, R.S.Mo. 537.053 does not apply to this defendant.

5. That plaintiff's claims are barred by or should be reduced as a result of the negligence of the plaintiff in failing to maintain a proper lookout for her own safety and, if she was in the presence of an intoxicated person posing a danger to her, moving away or taking some other step to protect herself.

WHEREFORE, defendants pray for judgment in favor of the defendants and against the plaintiff on plaintiff's claims, for their costs herein incurred and expended, and further relief determined by the Court to be just and equitable.

HASTY & ASSOCIATES, LLC

/s/ Paul Hasty, Jr.
Paul Hasty, Jr.  MO # 34470
7101 College Blvd., Suite 350
Overland Park, Kansas 66210
Telephone: (913) 317-8068
Facsimile: (913) 317-8058
Email: phasty@hastyassoc.com

**ATTORNEYS FOR DEFENDANTS**

I hereby certify that the above and foregoing **Answer** was electronically filed and served by using the CM/ECF system on the 5th day of June, 2012, to:

Wesley D. Hilton
Hankins & Conklin, P.C.
6812 North Oak Trafficway, Suite 5
Gladstone, MO 64118

**ATTORNEYS FOR PLAINTIFF**


*/s/ Paul Hasty, Jr.*
Paul Hasty, Jr.
For the Firm