IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Leah D. Snider,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| V.  ) | Case No. 11-1011-CV-W-JTM |
| ) | |
| Anschutz Entertainment Group, Inc.,  ) | |
| AEG Kansas City Arena, LLC.,  ) | |
| ) | |
| Defendants.  ) | |

## ORDER REASSIGNING CASE

With the consent of the Honorable Beth Phillips, this matter is hereby reassigned to Judge Phillips for all further proceedings.

**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　*/s/ John T. Maughmer*
　　　　　　　　　　　　　　　　　　　　　**JOHN T. MAUGHMER**
　　　　　　　　　　　　　　　　　　　　　**U. S. MAGISTRATE JUDGE**