**In the United States District Court for the
Western District of Missouri
Western Division**

Leah D. Snider  )
      Plaintiff,  )
  )
vs.  )
  )  Case No. 11-CV-1011-BP
Anschutz Entertainment Group, Inc.  )
and AEG Kansas City Arena, LLC,  )
  )
      Defendants.  )

**Reply to Suggestions in Opposition to Plaintiff's Motion
to Remand Pursuant to 28 U.S.C. §1447(c)**

COMES NOW Plaintiff and for her Reply to Defendants' Suggestions in Opposition to Plaintiff's Motion to Remand states:

1. The amount in controversy is determined by the ad damnun clause.

2. There are two ad damnum clauses for the Court's consideration:

    (a) In the Petition for Damages, the ad damnun clause reads as follows:

    "Wherefore, Plaintiff prays judgment against Defendant in a fair and reasonable sum of money to compensate her for her aforesaid injuries and damages (said sum to be in excess of the $25,000.00 jurisdictional minimum of this Court), together with her costs herein incurred and expended."

    (b) In the First Amended Complaint, the ad damnun clause reads as follows:

    "Wherefore, Plaintiff prays judgment against Anschutz in the sum of $70,000.00, together with her costs herein incurred and expended."

3. Neither the ad damnun clause in the Petition nor the ad damnun clause in the Second Amended Complaint seeks damages in excess of $75,000.00.

4. Further, Count I, ¶12 of the Second Amended Complaint, as well as Count II, ¶3, Count III, ¶12, and Count IV, ¶3 make clear that the damages suffered by Plaintiff "have a monetary value of Seventy Thousand Dollars ($70,000.00)."

WHEREFORE, Plaintiff prays the order of the Court remanding this case to the Circuit Court of Jackson County, Missouri.

HANKINS, CONKLIN & HILTON, P.C.

/s/ *Wesley D. Hilton*
Thomas E. Hankins - Bar #26005
Wesley D. Hilton - Bar #60944
6812 North Oak Trafficway, Suite 5
Gladstone, Missouri 64118-2587
Telephone: (816) 436-3100
Fax No. (816) 436-8643
**Attorneys for Plaintiff**

**Certificate of Service**

I hereby certify that on this 16th day of July, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to: Paul Hasty, Jr., HASTY & ASSOCIATES, LLC, Attorney for Defendants.

/s/ *Wesley D. Hilton*
Attorney for Plaintiff