# IN THE UNITED STATED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

Leah D. Snider

        Plaintiff,

vs.

Anschutz Entertainment Group,
Inc. et al.

        Defendants.

)
)
)
)
)
)
)
)
)
)
)

Case No. 11-CV-1011

## Notice to Take Deposition

To:    Defendants Anschutz Entertainment Group, Inc. and AEG Kansas City Arena, LLC and their attorney Paul Hasty, Jr., HASTY & ASSOCIATES, LLC, Fax No: 913-317-8058.

      **YOU ARE HEREBY NOTIFIED** that the following deposition, to be used in the above-entitled cause, will be taken on behalf of Plaintiff at the location and time set forth below, before an officer authorized to administer oaths in the State of Missouri, and the taking of said deposition, if not completed on said date, will be continued from day to day at the same place until completed:


Deposition of:      Fred Richardson

Date:      **Monday, August 13, 2012 at 9:00 am.**

Place:      Manz, Swanson & Mulhern, PC
1000 Walnut, Suite 800
Kansas City, Missouri 64106


               HANKINS, CONKLIN & HILTON, PC


               /s/   *Wesley D. Hilton*
               Thomas E. Hankins - Bar #26005
               Wesley D. Hilton - Bar #60944
               6812 North Oak Trafficway, Suite 5
               Gladstone, Missouri 64118-2587
               Telephone:  (816) 436-3100
               Fax:  (816) 436-8643
               E-Mail: weshiltonlaw@aol.com
               **Attorneys for Plaintiff**

## Certificate of Service

I hereby certify that on this 9th day of August, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to: Paul Hasty, Jr., HASTY & ASSOCIATES, LLC, Attorney for Defendants.

/s/ Wesley D. Hilton
Wesley D. Hilton
Attorney for Plaintiff