IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LEAH D. SNIDER, ) | |
| ) | |
| Plaintiff, ) | Case No. 11-CV-1011 |
| ) | |
| v. ) | |
| ) | |
| ANSCHUTZ ENTERTAINMENT ) | |
| GROUP, INC., and AEG KANSAS CITY ) | |
| ARENA, LLC, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION FOR DISMISSAL

COME NOW the plaintiff, Leah D. Snider, and the defendants, Anschutz Entertainment Group, Inc., and AEG Kansas City Arena, LLC, and stipulate to a dismissal of plaintiff's claims against the defendants, with prejudice to plaintiff bringing another cause of action against the defendants on any cause of action set forth herein, with the costs to be assessed against the party incurring them.

_____
Wesley D. Hilton
Hankins, Conklin & Hilton, P.C.
6812 North Oak Trafficway, Suite
Gladstone, MO 64118

**ATTORNEYS FOR PLAINTIFF**

_____
Paul Hasty, Jr. MO # 34470
Hasty & Associates, LLC
7101 College Blvd., Suite 350
Overland Park, KS 66210

**ATTORNEYS FOR DEFENDANTS**